## Delaware and Hudson Railroad Corporation et al., Appellants, *v.* Pennsylvania Public Utility Commission.

Argued March 15, 1966. *W. L. Hill, Jr.,* with him *John F. Reilly,* and *Bedford, Waller, Griffith, Darling & Mitchell,* and *Warren, Hill, Henkelman & McMenamin,* for appellants; *William A. Goichman,* Assistant Counsel, with him *Joseph C. Bruno,* Chief Counsel, for Pennsylvania Public Utility Commission, appellee; *Joel E. Mazor,* Assistant Attorney General, with him *Howard M. Shaw,* Assistant Attorney General, and *John R. Rezzolla, Jr.,* Chief Counsel, for intervening appellee; *Richard S. Campagna,* Assistant City Solicitor, for intervening appellee.

Order affirmed.